IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,               No. CIV S-01-1362 FCD JFM P

    vs.

GAIL LEWIS, et al.,

    Respondents.       ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 5, 2004, petitioner filed a motion for leave to amend his petition[1] together with a proposed amended petition. The proposed amended petition raises cognizable claims for relief under 28 U.S.C. § 2254. Accordingly, the motion to amend will be granted and respondents will be directed to file a response to the amended petition.

/////

---

[1] Petitioner's motion is styled "Motion Pursuant to Sec. 2255 Seeking Leave to File a Second Petition." The motion was originally opened as a new action, Case No. CIV S-04-0020 GEB GGH P. By order filed August 25, 2004, the motion was construed as a motion to add claims to the instant action, transferred to the instant action, and Case No. CIV S-04-0020 GEB GGH P was closed.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's January 5, 2004 motion to amend is granted;

2. The Clerk of the Court is directed to file the amended petition appended to petitioner's January 5, 2004 motion to amend nunc pro tunc to that date;

3. Respondents are directed to file a response to the amended petition within forty-five days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

4. If the response to the amended petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

5. If the response to the amended petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days of service after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Senior Assistant Attorney General.

DATED:  April 22, 2005.

UNITED STATES MAGISTRATE JUDGE

12
dela1362.mta