IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

        Petitioner,                No. CIV S-01-1362 FCD JFM P

        vs.

GAIL LEWIS, et al.,

        Respondents.            ORDER

_____/

      Respondents have requested an extension of time to file a response to petitioner's amended petition pursuant to the court's order of April 25, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Respondents' June 6, 2005 request for an extension of time is granted; and

      2. Respondents response to the amended petition shall be filed and served on or before July 6, 2005.  Petitioner's traverse shall be filed and served not later than thirty days thereafter.

DATED: June 16, 2005

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

12;dela1362.111