IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,               No. CIV S-01-1362 FCD JFM P

    vs.

GAIL LEWIS, et al.,

    Respondents.            ORDER

                               /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 5, 2005, respondents filed a request for a second extension of time to file a response to petitioner's amended petition. On July 8, 2005, respondents filed a motion to dismiss the second amended petition. Good cause appearing, respondents' request for a second extension of time will be granted and respondents' motion to dismiss will be deemed timely filed. The court will, by this order, set a schedule for briefing respondents' motion.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents' July 5, 2005 request for extension of time is granted;

        2. Respondents' July 8, 2005 motion to dismiss is deemed timely filed;

/////

3. Within twenty-one days from the date of this order, petitioner shall file and serve a response to respondents' motion; and

4. Respondents' reply, if any, shall be filed and served not later than seven days thereafter.

DATED: July 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
dela1362.o