IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,                 No. CIV S-01-1362 FCD JFM P

    vs.

GAIL LEWIS, et al.,

    Respondents.           ORDER

_____/

        On August 1, 2005, petitioner filed a request for a extension of time to respond to respondent's July 8, 2005 motion to dismiss.[1]

        Good cause appearing, IT IS HEREBY ORDERED that:

/////

---

[1] Petitioner's request was not served on respondents. Petitioner is advised that every document submitted to the court for consideration must be served on respondents. Fed. R. Civ. P. 5; Rule 11, 28 U.S.C. § 2254. As a prisoner proceeding pro se, petitioner is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5. See Local Rule 5-135(b). Since an attorney has filed a document with the court on behalf of respondents, documents submitted by petitioner must be served on that attorney and not on the respondents. Fed. R. Civ. P. 5(b)(1). Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record. See Fed. R. Civ. P. 5(b)(2)(B). Petitioner must include with every document filed in this action a certificate stating the date an accurate copy of the document was mailed to respondents' attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c).

1. Petitioner's August 1, 2005 a second request for a extension of time to respond to respondents' July 8, 2005 motion to dismiss is granted;

2. Petitioner's opposition to respondents' motion to dismiss shall be filed and served not later than thirty days from the date of this order; and

3. Respondents' reply, if any, shall be filed and served not later than seven days thereafter.

DATED:  August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12/kf
dela1362.35

2