IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,     No. CIV S-01-1362 FCD JFM P

  vs.

GAIL LEWIS, et al.,

    Respondents.     ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 26, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed January 26, 2006, are adopted in full;

2. Respondents' July 8, 2005 motion to dismiss petitioner's amended petition is granted as to the first four claims for relief raised therein and denied as to petitioner's Eighth Amendment claim that his sentence is cruel and unusual punishment;

3. Respondents shall answer petitioner's Eighth Amendment claim within thirty days from the date of this order; and

4. Petitioner's traverse shall be filed and served not later than thirty days after service of respondents' answer.

DATED: February 24, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge