1

2

3

4

5

6

7

8    IN THE UNITED STATES DISTRICT COURT

9    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID DANIEL DE LA ROSA,

11          Petitioner,           No. CIV S-01-1362 FCD JFM P

12      vs.

13   GAIL LEWIS, et al.,

14          Respondents.      <u>ORDER TO SHOW CAUSE</u>

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  By order filed February 24, 2006, respondents were

18   directed to file within thirty days an answer to petitioner's Eighth Amendment claim that his

19   sentence is cruel and unusual punishment.  The thirty day period has passed and respondents

20   have not filed an answer to the claim or responded in any way to the court's order.

21          Accordingly, IT IS HEREBY ORDERED that within ten days from the date of

22   this order respondents shall show cause in writing why sanctions should not be imposed for their

23   failure to comply with the court's February 24, 2006 order and shall file an answer to petitioner's

24   /////

25   /////

26   /////

1

Eighth Amendment claim.  Petitioner's traverse, if any, shall be filed and served not later than thirty days after service of respondents' answer.

DATED: May 16, 2006.

UNITED STATES MAGISTRATE JUDGE

12
dela1362.osc

2