IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,                   No. CIV S-01-1362 FCD JFM P

  vs.

GAIL LEWIS, et al.,

    Respondents.             <u>ORDER</u>

          Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed May 17, 2006, respondents were directed to show cause in writing within ten days why sanctions should be imposed for failure to comply with the court's February 24, 2006 order directing them to file within thirty days an answer to petitioner's Eighth Amendment claim that his sentence is cruel and unusual punishment. The May 17, 2006 order also directed respondents to file an answer within the same ten day period. On May 17, 2006, respondents filed a response to the order to show cause, and on May 18, 2006, respondents filed an answer.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. The May 17, 2006 order to show cause is discharged;

          2. Respondents' May 18, 2006 answer is deemed timely filed; and

1

1       3.  Petitioner's traverse, if any, shall be filed and served not later than June 19, 2006.

Dated: May 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
dela1362.dis