IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,                    No. CIV S-01-1362 FCD JFM P

    vs.

GAIL LEWIS, et al.,

    Respondents.               ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse pursuant to the court's order of May 24, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 19, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: July 20, 2006.

UNITED STATES MAGISTRATE JUDGE

/mp
dela1362.111(2)