IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

    Petitioner,                      No. CIV S-01-1362 FCD JFM P

    vs.

CALDERON, Warden, et al.,

    Respondents.                  <u>ORDER</u>

                              /

Petitioner has requested an extension of time to file objections to the court's December 7, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 26, 2006 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the findings and recommendations.

DATED: January 9, 2007.

UNITED STATES MAGISTRATE JUDGE

12;dela1362.111(3)