IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID DANIEL DE LA ROSA,

      Petitioner,                    No. CIV S-01-1362 FCD JFM P

   vs.

CALDERON, Warden, et al.,

      Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 18, 2007 denial of his application for a writ of habeas corpus together with an application for a certificate of appealability pursuant to 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

/////

1

1  court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,

2  290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

3      Petitioner has made a substantial showing of the denial of a constitutional right on

4  his claim that his sentence of twenty-five years to life in prison constitutes cruel and unusual

5  punishment in violation of the Eighth Amendment to the United States Constitution.

6      Accordingly, IT IS HEREBY ORDERED that:

7      1.  Petitioner's February 15, 2007 application for a certificate of appealability is

8  granted; and

9      2.  The Clerk of the Court is directed to process petitioner's appeal to the United

10 States Court of Appeals for the Ninth Circuit.

11 DATED: March 8, 2007.

                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.